NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

**v.**

**BROOKS BROTHERS, INC., AND RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

---

2013-1180

---

Appeal from the United States District Court for the Southern District of New York in case no. 08-CV-10369, Judge Sidney H. Stein.

---

**ON MOTION**

---

**O R D E R**

RAYMOND STAUFFER V. BROOKS BROTHERS, INC.                    2

Raymond E. Stauffer moves for a 60-day extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Stauffer's initial brief is due on or before May 28, 2013.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21